UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **PAMELA JEAN HOPKINS,** | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   Cause No. 1:16-cv-116-WTL-MJD |
| | ) |
| **NANCY A. BERRYHILL, Acting** | ) |
| **Commissioner of the Social Security** | ) |
| **Administration,** | ) |
| | ) |
|    Defendant. | ) |

## JUDGMENT

The Court having this date made its Entry, the Commissioner's decision is **REVERSED** and this case is **REMANDED** for further proceedings consistent with this Entry.

**SO ORDERED: 3/23/17**

                                            _____
                                            Hon. William T. Lawrence, Judge
                                            United States District Court
                                            Southern District of Indiana

Laura Briggs, Clerk

BY: _____
    Deputy Clerk, U.S. District Court

Copies to all counsel of record via electronic notification